## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA and
STATE OF MISSOURI,

        Plaintiffs,

        v.

U.S. BORAX, INC.,

        Defendant.

Civil Action No. 4:26-cv-00482-FJG

**PLAINTIFFS' MOTION TO ENTER CONSENT DECREE**

Plaintiffs, the United States and the State of Missouri, request the Court's entry of the proposed Consent Decree with U.S. Borax, Inc. lodged in this matter. Dkt. Nos. 2-1 to 2-4. The Consent Decree resolves the United States' claims against Defendant under Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9607(a), and the State's claims under Missouri state laws, for response costs incurred and to be incurred related to the Armour Road Superfund Site. For the reasons set forth in the United States' Brief in Support of this Motion, the proposed settlement with Defendant is fair, reasonable, and consistent with CERCLA. No comments were received on the proposed settlement during the 30-day public comment period. Accordingly, Plaintiffs request that the Consent Decree be entered as a final order of this Court. There is a signature line for the Court to sign and enter the Consent Decree on page 31 of the Decree.

Respectfully Submitted,

**FOR THE UNITED STATES OF AMERICA:**

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division


8/4/2026           By:    /s/ Erika M. Wells
Dated                        ERIKA M. WELLS
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section


R. MATTHEW PRICE
United States Attorney

JEFFREY P. RAY
First Asst. U.S. Attorney/Civil Chief
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-3130

OF COUNSEL:

SHANNON MARCANO
U.S. Environmental Protection Agency - Region 7
11201 Renner Boulevard
Lenexa, Kansas

**FOR THE STATE OF MISSOURI:**


CATHERINE L. HANAWAY
Attorney General
State of Missouri


 8/4/2026          By:    /s/ Richard N. Groeneman
Dated                        RICHARD N. GROENEMAN
                               Assistant Attorney General
                               Missouri Bar No. 57157
                               P. O. Box 861
                               St. Louis, MO 63188
                               Telephone:  (314) 340-7834
                               Facsimile: (573) 751-5660

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026 a copy of the foregoing, PLAINTIFFS' MOTION TO ENTER CONSENT DECREE, was served by the Court's CM/ECF system upon all persons registered to receive filings in this matter, and by electronic mail to the below listed counsel:

Richard N. Groeneman
Richard.Groeneman@ago.mo.gov
*Counsel for Plaintiff State of Missouri*


Richard Angell
RAngell@parsonsbehle.com

Jeff Corey
Jeff.corey@riotinto.com

*Counsel for Defendant*


/s/ Erika M. Wells